FILED by _____ D.C.

MAY 27 2014

STEVEN M. LARIMORE
CLERK U. S. DIST. CT.
S. D. of FLA. - MIAMI

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

Case No. **14 - 20378**

21 U.S.C. § 963
21 U.S.C. § 853

CR - MARTINEZ  GOODMAN

UNITED STATES OF AMERICA

vs.

JOSE MANUEL LOPEZ MORALES,
    a/k/a "El Che,"
                    Defendant.
_____/

## INDICTMENT

The Grand Jury charges that:

Beginning in and around February of 2013, and continuing through the date of this indictment, in the countries of Colombia, Venezuela, Ecuador, Honduras, Guatemala, and Mexico, and elsewhere, the defendant,

**JOSE MANUEL LOPEZ MORALES,**
**a/k/a "El Che,"**

did knowingly and willfully combine, conspire, confederate, and agree with others known and unknown to the Grand Jury, to distribute a controlled substance in Schedule II, knowing that such controlled substance would be unlawfully imported into the United States, in violation of Title 21, United States Code, Section 959(a)(2); all in violation of Title 21, United States Code, Section 963.

With respect to defendant **JOSE MANUEL LOPEZ MORALES, a/k/a "El Che,"** the controlled substance involved in the conspiracy attributable to him as a result of his own conduct, and the conduct of other conspirators reasonably foreseeable to him, is 5 kilograms or more of a

mixture and substance containing a detectable amount of cocaine, in violation of Title 21, United States Code, Section 963 and Title 21, United States Code, Section 960(b)(1)(B).

### FORFEITURE ALLEGATION

1.      The allegations of this Indictment are re-alleged and incorporated herein for the purpose of alleging criminal forfeiture to the United States of America of certain property in which the defendant, **JOSE MANUEL LOPEZ MORALES, a/k/a "El Che,"** has an interest.

2.      Upon conviction of a violation of Title 21, United States Code, Section 963, as alleged in this Indictment, the defendant shall forfeit to the United States of America any property constituting, or derived from, any proceeds obtained, directly or indirectly, as a result of such violation, and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the violation, pursuant to Title 21, United States Code, Sections 853(a)(1) and (a)(2).

All pursuant to Title 21, United States Code, Section 853.

A TRUE BILL

FOREPERSON

WIFREDO A. FERRER
UNITED STATES ATTORNEY

MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY

2

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA**

CASE NO. _____

**vs.**

**JOSE MANUEL LOPEZ MORALES,**
       a/k/a "El Che,"

**CERTIFICATE OF TRIAL ATTORNEY***

**Defendant.**

_____/

**Superseding Case Information:**

Court Division: (Select One)

New Defendant(s)      Yes _____ No _____
Number of New Defendants _____
Total number of counts _____

__X__ Miami _____ Key West
_____ FTL    _____ WPB _____ FTP _____

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No)      __Yes__
   List language and/or dialect    __Spanish__

4. This case will take ___5-7___ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)

   | | | |
   |---|---|---|
   | I | 0 to 5 days | _____ |
   | II | 6 to 10 days | __X__ |
   | III | 11 to 20 days | _____ |
   | IV | 21 to 60 days | _____ |
   | V | 61 days and over | _____ |

   (Check only one)

   | | |
   |---|---|
   | Petty | _____ |
   | Minor | _____ |
   | Misdem. | _____ |
   | Felony | __X__ |

6. Has this case been previously filed in this District Court? (Yes or No) __No__   If yes:
   Judge: _____ Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __No__       If yes:
   Magistrate Case No.: _____
   Related Miscellaneous number: _____
   Defendant(s) in federal custody as of: _____
   Defendant(s) in state custody as of: _____
   Rule 20 from the District of: _____
   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to October 14, 2003? _____ Yes __X__ No

8. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to September 1, 2007? _____ Yes __X__ No

_____
MONIQUE BOTERO
ASSISTANT UNITED STATES ATTORNEY
FLA. BAR NO. 722286

*Penalty Sheet(s) attached

REV 4/8/08

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

PENALTY SHEET

**Defendant's Name:**   **JOSE MANUEL LOPEZ MORALES, a/k/a "El Che"**

**Case No:** _____

Count #: 1

Conspiracy to distribute cocaine knowing it would be imported into the United States

Title 21, United States Code, Section 963

**\* Max.Penalty**:        Life Imprisonment

**\*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.**